JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, individually and as subrogee for its insured, Ruby Dorsey,<br><br>Plaintiff,<br><br>vs.<br><br>WATTS REGULATOR COMPANY, a Massachusetts corporation; OMNIPURE FILTER COMPANY, an Idaho corporation; HOME DEPOT, USA, INC., a Delaware corporation; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. ED CV 17-01179 AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION**<br><br>Honorable André Birotte Jr.<br>Courtroom: 7B<br>Complaint filed: May 12, 2017<br>Case Removed: June 14, 2017<br>Trial: July 10, 2018 |

The Court having been advised by counsel that the above-captioned action has been settled

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice, in its entirety, including the Complaint. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: 4/4/2018

By: _____
André Birotte Jr.
United State District Judge

1
ORDER DISMISSING CIVIL ACTION
94167793.1 0057274-00004